IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JIANGSU CREATE SKY INTERNATIONAL TRADE LTD., et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-01106<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge M. David Weisman** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on May 28, 2025 [52], in favor of Plaintiff Monster Energy Company ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for willful use of counterfeit MONSTER ENERGY Trademarks and fifty thousand dollars ($50,000) per Defaulting Defendant for willful copyright infringement of the Monster Energy Copyrighted Work in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Gaiety Case | 32 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

| | |
|---|---|
| Dated this 20th day of November 2025. | Respectfully submitted, |
| | /s/ Trevor C. Talhami |
| | Amy C. Ziegler |
| | Justin R. Gaudio |
| | Trevor C. Talhami |
| | Thomas J. Juettner |
| | Greer, Burns & Crain, Ltd. |
| | 200 West Madison Street, Suite 2100 |
| | Chicago, Illinois 60606 |
| | 312.360.0080 |
| | 312.360.9315 (facsimile) |
| | aziegler@gbc.law |
| | jgaudio@gbc.law |
| | ttalhami@gbc.law |
| | tjjuettner@gbc.law |
| | |
| | *Counsel for Plaintiff Monster Energy Company* |